NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

------

**SHERYL TAYLOR,**
*Petitioner,*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

------

2013-3113

------

Petition for review of the Merit Systems Protection Board in No. AT0752120258-I-1.

------

**ON MOTION**

------

## O R D E R

Sheryl Taylor moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

SHERYL TAYLOR V. MSPB 2

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

s23